UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSS FRATZKE and DEBORA FRATZKE,<br><br>            Plaintiff,<br><br>  vs.<br><br>BRYON MILLER and DOES 1-25.<br><br>            Defendants. | Case No. CV-14-274-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Plaintiffs and in favor of Defendants Bryon Miller, Barbara Harris, Thomas Chianelli, and Montana Fish, Wildlife & Parks.

Dated this 17th day of October, 2016.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk