UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSS FRATZKE and DEBORA FRATZKE, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MONTANA FISH, WILDLIFE, AND PARKS; et al., <br><br> Defendants - Appellees. | No. 16-35874 <br><br> D.C. No. 9:14-cv-00274-DLC <br> U.S. District Court for Montana, Missoula <br><br> **MANDATE** |

The judgment of this Court, entered March 27, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7